IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| OBIE WALKER JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's counsel has advised the court that defendant no longer wishes to be considered for pretrial release.

IT THEREFORE HEREBY IS ORDERED,

The order of December 11, 2008, filing no. 24, is rescinded; the pretrial services officer need not arrange an evaluation of the defendant, and the motion to reopen, filing no. 23, is deemed withdrawn.

DATED this 15th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge